# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LORRI FRIAR**                                                                 **PLAINTIFF**

v.                          **CASE NO. 3:18-CV-00190 BSM**

**KEITH BOWERS, Administration,**
**Craighead County Detention Center; et al.**                    **DEFENDANTS**

## ORDER

United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 9] is adopted and plaintiff Lorri Friar's complaint [Doc. Nos. 1, 4] is dismissed without prejudice for failure to state a claim upon which relief may be granted.

This dismissal counts as a "strike" for purposes of 28 U.S.C. section 1915(g). Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 2nd day of January 2019.

_____
UNITED STATES DISTRICT JUDGE