# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LORRI FRIAR**                                                                  **PLAINTIFF**

v.                    **CASE NO. 3:18-CV-00190 BSM**

**KEITH BOWERS, Administration,**
**Craighead County Detention Center; et al.**                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of January 2019.

_____
UNITED STATES DISTRICT JUDGE